MELINDA L. HAAG, CSBN 132612
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| MICHAEL P. WALSH,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 4:15-cv-02737-KAW<br><br>**SECOND STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME FOR DEFENDANT TO FILE HER ANSWER AND THE CERTIFIED ADMINISTRATIVE RECORD** |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through her undersigned attorneys, hereby requests to extend the time by 30 days from January 7, 2016, to February 8, 2016, to file her Answer and the Certified Administrative Record (CAR).

    Defendant apologies for the delay, but there is good cause for this extension so that Defendant can provide a complete CAR.   Defendant's counsel has reviewed the CAR and needs additional time to address the identified issues, such as missing or unnumbered pages.

1- Second Stip. and Proposed Order for an Ext. of Time for Defendant to File Her Answer and the Certified Administrative Record

Defendant respectfully requests an extension and Plaintiff also consents to this extension.

Respectfully submitted,

Dated: *January 7, 2016*         */s/ Steven Gilberto Rosales\**
                                 (*as authorized via email on January 7, 2016)
                                 STEVEN GILBERTO ROSALES
                                 Attorney for Plaintiff

Dated: *January 7, 2016*         BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ *Henry L. Chi*
                                 HENRY L. CHI
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: 1/11/16                   _____
                                 KANDIS A. WESTMORE
                                 UNITED STATES MAGISTRATE JUDGE

2- Second Stip. and Proposed Order for an Ext. of Time for Defendant to File Her Answer and the Certified Administrative Record