1  BRIAN J. STRETCH, CSBN 163973
   Acting United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  HENRY L. CHI, CSBN 265009
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
          San Francisco, CA  94105
6         Telephone:  415-977-8953
7         Facsimile:  415-744-0134
          E-Mail:  henry.chi@ssa.gov
8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
11

12 | MICHAEL P. WALSH,                        ) Civil No. 4:15-cv-02737-KAW
                                              )
13 |         Plaintiff,                       ) **FOURTH STIPULATION AND**
   |     v.                                   ) ~~**PROPOSED**~~ **ORDER TO EXTEND THE**
14 |                                          ) **TIME FOR DEFENDANT TO FILE HER**
   | CAROLYN W. COLVIN,                       ) **ANSWER AND THE CERTIFIED**
15 | Acting Commissioner of Social Security,  ) **ADMINISTRATIVE RECORD**
                                              )
16 |         Defendant.                       )
                                              )
17                                            )
                                              )
18                                            )
                                              )
19

20      Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through her

21 undersigned attorneys, hereby requests to extend the time by 9 days from March 9, 2016, to

22 March 18, 2016, to file her Answer and the Certified Administrative Record (CAR).

        Defendant apologizes for the delay, but there is good cause for this extension.
23
   Defendant's counsel has had to resolve a few issues with the CAR and believes the CAR will be
24
   available in the next few days.  Once the CAR is available, Defendant's counsel will file the
25
   Answer.
26
         Defendant respectfully requests an extension and Plaintiff also consents to this
27
   extension.
28

1- Fourth Stip. and Proposed Order for an Ext. of Time for Defendant to File Her Answer and the Certified
Administrative Record

Respectfully submitted,

Dated: *March 9, 2016*           */s/ Steven Gilberto Rosales**
                                 (*as authorized via email on March 9, 2016)
                                 STEVEN GILBERTO ROSALES
                                 Attorney for Plaintiff

Dated: *March 9, 2016*           BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ *Henry L. Chi*
                                 HENRY L. CHI
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

                                 ORDER

APPROVED AND SO ORDERED.

DATED: 3/14/16                   *Kandis Westmore*
                                 KANDIS A. WESTMORE
                                 UNITED STATES MAGISTRATE JUDGE

2- Fourth Stip. and Proposed Order for an Ext. of Time for Defendant to File Her Answer and the Certified Administrative Record