1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff MICHAEL P. WALSH
6

7
                 **UNITED STATES DISTRICT COURT**
8
                 **NORTHERN DISTRICT OF CALIFORNIA**
9

10
11 | MICHAEL P. WALSH,                          ) Case No.:  CV 15-02737 KAW
                                                )
12 |          Plaintiff,                        ) STIPULATION TO EXTEND
                                                ) BRIEFING SCHEDULE
13 |    vs.                                     )
                                                )
14 | CAROLYN COLVIN, Acting                     )
                                                )
15 | Commissioner of Social Security,           )
                                                )
16 |          Defendant                         )
                                                )

17
        TO THE HONORABLE KANDIS A. WESTMORE, MAGISTRATE
18
   JUDGE OF THE DISTRICT COURT:
19
        Plaintiff Michael P. Walsh ("Plaintiff") and defendant Carolyn Colvin,
20
   Acting Commissioner of Social Security ("Defendant"), through their undersigned
21
   counsel of record, hereby stipulate, subject to the approval of the Court, to extend
22
   the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand
23
   to May 20, 2016; and that Defendant shall have until June 20, 2016, to file her
24
   opposition, if any is forthcoming.  Any reply by plaintiff will be due July 5, 2015.
25

26

1   An extension of time for plaintiff is needed in order to properly address the
2   issues within the administrative record in this matter.  Counsel sincerely apologizes
3   to the court for any inconvenience this may have had upon it or its staff.

4

5   DATE: April 15, 2016          Respectfully submitted,

6                                 LAW OFFICES OF LAWRENCE D. ROHLFING

7                                 /s/ Steven G. Rosales
                                  BY: _____
8                                 Steven G. Rosales
                                  Attorney for plaintiff
9

10  DATED:  April 15, 2016         BRIAN J. STRETCH
                                   United States Attorney
11

12
                                   */S/- Henry Chi
13

14                                 _____
                                   Henry Chi
15                                 Special Assistant United States Attorney
                                   Attorney for Defendant
16                                 [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including May 20, 2016, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to June 20, 2016
4  to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due July
5  5, 2016.
6   IT IS SO ORDERED.
7  DATE:  4/21/16

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE