1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff  MICHAEL P. WALSH
6
7
                   **UNITED STATES DISTRICT COURT**
8
                   **NORTHERN DISTRICT OF CALIFORNIA**
9
10
11 | MICHAEL P. WALSH,                    ) Case No.:  CV 15-02737 KAW
   |                                     )
12 |         Plaintiff,                   ) STIPULATION TO EXTEND
   |                                     ) BRIEFING SCHEDULE
13 |     vs.                              )
   |                                     )
14 | CAROLYN COLVIN, Acting               )
   |                                     )
15 | Commissioner of Social Security,     )
   |                                     )
16 |         Defendant                    )
   |_____)
17
         TO THE HONORABLE KANDIS A. WESTMORE, MAGISTRATE
18
   JUDGE OF THE DISTRICT COURT:
19
         Plaintiff Michael P. Walsh ("Plaintiff") and defendant Carolyn Colvin,
20
   Acting Commissioner of Social Security ("Defendant"), through their undersigned
21
   counsel of record, hereby stipulate, subject to the approval of the Court, to extend
22
   the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand
23
   to September 14, 2016; and that Defendant shall have until October 17, 2016, to
24
   file her opposition, if any is forthcoming.  Any reply by plaintiff will be due
25
   October 21, 2016.
26

                                      -1-

A final extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter as well as the demands arising from complications related to Counsel Spouse's terminal illness which has unexpectedly worsened in the last few weeks.  Subsequent to a surgical procedure on July 6, 2016 to remove tumors in the spine/hip as a result of stage 4 breast cancer, Counsel's spouse was not discharged until July 9, 2016 and then Counsel's spouse was re-admitted to the hospital for 5 days on July 15, 2016 due to complications arising from the July 6th surgery.  Counsel's spouse was also admitted on August 1, 2016 and then discharged on August 5, 2016, to provide treatment for intractable pain related to the terminal illness.  Upon discharge from the hospital Counsel's spouse required less minimal assistance in the home due to ambulatory issues that were anticipated to grow worse.  Unfortunately, due to a deterioration in her condition in the last few weeks, Counsel's spouse now requires in home medical assistance 15 hours a day.  Counsel required the time to deal with this change in condition and has taken steps to secure the at home care which his spouse now requires in order to better allow him to attend to his professional obligations.

///
///
///
///
///
///
///
///
///

1  Counsel sincerely apologizes to the court for any inconvenience this may
2 have had upon it or its staff.

3

4

5 DATE: September 12, 2016          Respectfully submitted,

6                                   LAW OFFICES OF LAWRENCE D. ROHLFING

7                                        /s/ Steven G. Rosales
                                    BY: _____
8                                   Steven G. Rosales
                                    Attorney for plaintiff
9

10 DATED: September12, 2016          BRIAN J. STRETCH
                                    United States Attorney
11

12
                                    */S/- Henry Chi
13

14                                  _____
                                    Henry Chi
15                                  Special Assistant United States Attorney
                                    Attorney for Defendant
16                                  [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including September 14, 2016, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to October 17,
4 2016 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due October 21, 2016.
6  IT IS SO ORDERED.
7 DATE:  9/20/16

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

-4-