BRIAN J. STRETCH, CSBN 163973
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8953
    Facsimile: 415-744-0134
    E-Mail: henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| MICHAEL P WALSH, | Civil No. 4:15-cv-02737-KAW |
|     Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
|     v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 60 days to respond to Plaintiff's Motion for Summary Judgment.  There is good cause for this extension due to Defendant's counsel's workload, which includes a number of matters in district court and other litigation matters.

    The current due date is October 17, 2016.  The new due date will be December 16, 2016.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1- Stip. and Proposed Order for a First Ext. of Time for Def.'s Resp.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: <u>October 17, 2016</u> | <u>*/s/ Henry L. Chi for Steven Gilberto Rosales\**</u><br>(*as authorized via email by Nancy Perez on October 14, 2016)<br>STEVEN GILBERTO ROSALES<br>Attorney for Plaintiff |
| Dated: <u>October 17, 2016</u> | BRIAN J. STRETCH<br>Acting United States Attorney |
| By: | <u>/s/ *Henry L. Chi*</u><br>HENRY L. CHI<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: <u>10/18/16</u>    _____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for a First Ext. of Time for Def.'s Resp.