BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel
DANIEL P. TALBERT, SNB OH 0084088
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. WALSH,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 4:15-cv-02737-KAW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate that, subject to the approval of the Court, that Defendant shall be granted a thirty-day extension from the current December 16, 2016 deadline to file a cross-motion for summary judgment. This is Defendant's second request for an extension. There is good cause for this extension because the attorney assigned to brief the case is out of the office on parental leave. The previously assigned attorney had planned this leave, but had to take leave sooner than he had anticipated. The office representing the Commissioner in this case must reassign this matter to another attorney, who will require additional time to become familiar with the case, properly respond to Plaintiff's arguments, and otherwise provide proper representation to the Commissioner. The undersigned attorney is handling this matter for purposes of this extension only. Therefore, the parties jointly request an extension up to and including January

16, 2017.

    Respectfully submitted December 14, 2016.

DATED: December 14, 2016           */s/ Steven G. Rosales*
STEVEN G. ROSALES
(as authorized via email)
Attorney for Plaintiff

BRIAN J. STRETCH
United States Attorney

DATED: December 14, 2016     By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

                      ORDER

   Pursuant to stipulation, it is so ordered.

DATE: 12/16/16                _____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE